IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLLIE MACK,

        Plaintiff,                      No. CIV S-07-2371 LKK KJM PS

    vs.

F.B.I., et al.,

        Defendants.             ORDER

_____/

        The undersigned held a status conference in this matter on March 26, 2008. Plaintiff appeared in propria persona. Bobbie Montoya specially appeared for defendants. Upon consideration of the documents on file in this action, discussion with plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        Plaintiff is directed, within thirty days of the date of this order, to complete service of summons in accordance with Federal Rule of Civil Procedure 4. Failure to timely complete service of summons will result in a recommendation that this action be dismissed.

DATED: April 7, 2008.

                                            U.S. MAGISTRATE JUDGE

006
mack.oas

1